J. D. CLARK v. J. A. RIDDLE.

*Discretionary Power of Supreme Court—New Trial—
Newly Discovered Testimony.*

In the discretion of this Court a motion for a new trial on account
of newly discovered testimony will be granted.

CIVIL ACTION, tried at Fall Term, 1895, of MITCHELL
Superior Court, before *Bryan, J.*, and a jury. The
defendant appealed from the judgment in favor of the
plaintiff, and in this Court moved that a new trial be
ordered for newly discovered testimony.

*Messrs. J. W. Bowman* and *Battle & Mordecai*, for
defendant, (appellant).

No counsel, *contra.*

AVERY, J.: In the exercise of the discretionary power
vested in the Court, it is ordered that a new trial be
granted on account of newly discovered evidence. Such
orders are made in this Court, as in the court below, for
no other reason than that we think the ends of justice will
be best subserved by taking that course, and are never
therefore to be treated as precedents. *Sledge* v. *Elliott*,
116 N. C., 712 ; *Brown* v. *Mitchell*, 102 N. C., 347.

New Trial.